# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA McREYNOLDS,<br><br>           Plaintiff,<br>v.<br><br>BRACHFELD & ASSOCIATES PC,<br><br>           Defendants. | CASE NO. 09 CV 0753 JM (WMc)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Doc. No. 9 |

Upon review of the parties' joint motion to dismiss the above-captioned action, and for good cause appearing, the court hereby **DISMISSES** the entire action with prejudice. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: August 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge